# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ENEPI SISNEROZ, | 1:07-cv-01221-LJO-SMS-PC |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN |
| v. | |
| STEVEN MAYBERG, et al., | (Doc. 1) |
| Defendants. | |

Plaintiff Frank Enepi Sisneroz ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and finds that it states cognizable claims for relief under section 1983 against defendants Mayberg and McLain for violation of the Due Process Clause of the Fourteenth Amendment.  Fed.R.Civ.P.8(a); Swierkiewicz v. Sorema N.A., 534 U.S. 506, 512-515 (2002); Hydrick v. Hunter, 466 F.3d 676, 697 (9th Cir. 2006).  Accordingly, it is HEREBY ORDERED that:

    1.     Service is appropriate for the following defendants:

        STEVEN MAYBERG

        BEN McLAIN

    2.     The Clerk of the Court shall send Plaintiff TWO USM-285 forms, TWO summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the Complaint filed AUGUST 21, 2007.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the Notice to the Court with the following documents:

   a. One completed summons for each defendant listed above;

   b. One completed USM-285 form for each defendant listed above; and

   c. THREE copies of the endorsed complaint filed August 21, 2007.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated:   August 28, 2007              /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE