# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ENEPI SISNEROZ, | 1:07-cv-01221-LJO-SMS-PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |
| v. | |
| STEVEN MAYBERG, et al., | (Doc. 13) |
| Defendants. | |

Plaintiff Frank Enepi Sisneroz ("plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On March 17, 2008, defendant filed a motion to dismiss the complaint. More than twenty-one days have passed and plaintiff has not filed an opposition or a statement of non-opposition to defendants' motion. Local Rule 78-230(m).

Accordingly, plaintiff shall file an opposition or statement of non-opposition to defendants' motion within **thirty (30) days** from the date of service of this order. Should plaintiff fail to comply with this order, this action will be dismissed, with prejudice, for failure to obey a court order and failure to prosecute.

IT IS SO ORDERED.

**Dated:   April 28, 2008**              /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE