# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ENEPI SISNEROZ, | 1:07-cv-01221-LJO-SMS-PC |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE BRIEFING |
| v. | (Doc. 29.) |
| STEVEN MAYBERG, et al., | ORDER VACATING MOTION TO DISMISS FROM COURT'S CALENDAR |
| Defendants. | (Doc. 13.) |
| | THIRTY DAY DEADLINE |

Plaintiff Frank Enepi Sisneroz ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 17, 2008, defendants filed a motion to dismiss this action. (Doc. 13.) On July 14, 2008, the court issued an order to treat the motion to dismiss as a motion for summary judgment and ordering the parties to submit further briefings. (Doc. 23.) Defendants' briefing was due within thirty days, and plaintiff's briefing was due within thirty days of the date defendants filed their briefing. On August 11, 2008, defendants filed their briefing. (Docs. 25-28.) On August 29, 2008, plaintiff filed a motion for an extension of time to submit his briefing, due to delays in finding assistance to prepare the briefing. (Doc. 29.) Defendants have not opposed the extension. Good cause appearing, the extension shall be granted, and the motion to dismiss shall be vacated from the Court's calendar until the motion is ripe for resolution.

Accordingly, IT IS HEREBY ORDERED that:

1.     Plaintiff's motion for extension of time is granted;

2. Within thirty days from the date of service of this order, plaintiff shall file a further briefing pursuant to the court's order of July 14, 2008; and

3. In light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, defendants' motion to dismiss is HEREBY DEEMED VACATED from the Court's calendar until such time as plaintiff files his briefing and either defendants file a reply or the motion is submitted pursuant to Local Rule 78-230(m).

IT IS SO ORDERED.

Dated:   September 9, 2008                     /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE