IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ENEPI SISNEROZ, | 1:07-cv-01221-LJO-SMS-PC |
|     Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
|     vs. | (Doc. 35.) |
| STEVEN MAYBERG, et al., | ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
|     Defendants. | (Doc. 13.) |
| | ORDER DIRECTING CLERK TO CLOSE CASE |

Frank Enepi Sisneroz ("plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 4, 2009, findings and recommendations were entered, recommending that defendants' motion for summary judgment, filed on March 17, 2008, be granted, concluding this action.[1] On April 4, 2009, plaintiff filed objections to the findings and recommendations. (Doc. 38.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire

---

[1] Defendants filed a motion to dismiss this action on March 17, 2008, which was construed by the Court as a motion for summary judgment. (Docs. 13, 23.)

1

file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on February 4, 2009, are ADOPTED in full;

2. Defendants' motion for summary judgment, filed on March 17, 2008, is GRANTED, concluding this action; and

3. The Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

**Dated:   April 3, 2009**             /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE